# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. MICHAEL GLENN

FILED

Docket No. 3:00CR00263(JCH)

## PETITION ON PROBATION AND SUPERVISED RELEASE

2008 APR 22

**COMES NOW** Christopher Rogers, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Michael Glenn, who was sentenced to 78 months' imprisonment, followed by three years' supervised release for Conspiracy to Possess With Intent to Distribute Cocaine and Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1) and 846 by the Honorable Janet C. Hall, U.S. District Judge sitting in the court at Bridgeport, Connecticut on November 25, 2002, who fixed the period of supervision at three years, which commenced on March 9, 2007 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as approved by the probation officer which may include urinalysis testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all, or a portion of the costs associated with treatment based on his ability to pay, in an amount to be determined by the probation officer. Mr Glenn's supervision concludes on March 8, 2010.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

<u>Charge No. 1: Standard Condition:</u> "The defendant shall not commit another Federal, State, or local crime."

On March 12, 2008, a confidential informant notified Norwalk, Connecticut police officers that the offender was conducting drug transactions in Norwalk, Connecticut. On that same date, at approximately 4:00 p.m., the officers trailed the offender in an unmarked car and proceeded to move in and detain the offender in the area of Commerce Street. A search of the vehicle revealed that the offender had 30.96 grams of crack cocaine, 26.5 grams of marijuana, and 10 grams of methadone. Mr. Glenn was charged with Failure to Keep Drugs in Original Container, in violation of 21a-257; Illegal Manufacture, Distribution and Sale of Prescription Drugs (two counts), in violation of 21a-277(b) and 21a-278(a), Sale and Possession Within 1500 feet of a School, in violation of 21a-278a(b), Possession of Narcotics, in violation of 21a-279(a), Possession of a Controlled Substance, in violation of 21a-279(c), and Illegal Possession Near School, in violation of 21a-279(d). Mr. Glenn was released on a $150,000 non-surety bond on March 13, 2008. The offender's next court date is May 15, 2008, in Norwalk Superior Court, Norwalk, Connecticut.

<u>Charge No. 2: Standard Condition:</u> "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except prescribed by a physician."

On March 31, 2008, the probation officer requested a urine specimen from the offender during a scheduled office visit. He reported that he was unable to submit one, but admitted that he had been smoking marijuana.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Michael Glenn to appear before this court at Bridgeport, Connecticut, on 5/5/08 at 11:30 am to show cause why supervision should not be revoked.

**ORDER OF COURT**
Considered and ordered this _22nd_ day of _April_ 2008 and ordered filed and made a part of the records in the above case.

/s/ Janet C. Hall, USDJ
The Honorable Janet C. Hall
United States District Judge

Sworn to By
_Christopher Rogers_
Christopher Rogers
United States Probation Officer

Place _Bridgeport, CT_
Date _April 21, 2008_

Before me, the Honorable Janet C. Hall, United States District Judge, on this day _22nd_ of April 2008 at Bridgeport, Connecticut, U.S. Probation Officer Christopher Rogers appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

/s/ Janet C. Hall, USDJ
The Honorable Janet C. Hall
United States District Judge

JPM